# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 24-cr-112(1)   (KMM/DTS) |
| | Date: 11/17/2025 |
| Tezzaree El-Amin Champion, | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 13E |
| | Time Commenced: 1:14 p.m. |
| | Time Concluded: 2:51 p.m. |
| | Time in Court: 1 Hour & 37 Minutes |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Matthew Forbes & Joseph Thompson, Assistant United States Attorneys
    For Defendant:    Jill Brisbois    X CJA

**X Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 6 | X | | 84 Months | | 5 Years | | |
| 8 | X | | 84 Months | | 5 Years | | |
| 9 | X | | 84 Months | | 5 Years | | |

Said terms to run   X concurrently   ☐ consecutively

**See J&C for special conditions**

X Defendant sentenced to pay:
    X Restitution in the amount of $3,479,575.00.
    X Special assessment in the amount of $300.00 to be paid immediately.

X Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.

X All sealed documents to remain sealed indefinitely

                                                      s/AJS
                                               Courtroom Deputy